# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF INDIANA
# SOUTH BEND DIVISION

| | | |
|---|---|---|
| TERRENCE TROTTER, | ) | |
| Petitioner, | ) ) ) | |
| vs. | ) ) | CAUSE NO. 3:17-CV-150 |
| SUPERINTENDENT, | ) ) | |
| Respondent. | ) | |

## OPINION AND ORDER

This matter is before the Court on a Petition under 28 U.S.C. Paragraph 2254 for Writ of Habeas Corpus by a person in State Custody filed by Terrence Trotter, a *pro se* prisoner, on February 21, 2017. For the reasons set forth below, the court **DENIES** the petition (DE 1).

BACKGROUND

Terrence Trotter filed a habeas corpus petition challenging WCC 16-04-0709, a prison disciplinary proceeding held at the Westville Correctional Facility. On May 4, 2016, the Disciplinary Hearing Body (DHB) found him guilty of Trafficking in violation of A-113. As a result, he was sanctioned with the loss of earned credit time and a demotion in credit class, but the deprivations were suspended until November 4, 2016, and have not been imposed. (DE 1 at 1.) As such, he has not lost (and will not lose) any earned credit time as a result of this hearing.

-1-

DISCUSSION

Trotter filed this habeas action in an effort to vacate his disciplinary conviction and expunge his administrative record. However, a prison disciplinary action can only be challenged in a habeas corpus proceeding where it results in the lengthening of the duration of confinement. *Hadley v. Holmes*, 341 F.3d 661, 664 (7th Cir. 2003). Here, because this disciplinary proceeding did not result in the lengthening of the duration of his confinement, habeas corpus relief is not available. Not only did the disciplinary proceeding not lengthen the duration of confinement, but it could not, since the suspended sanction expired on November 4, 2016. Because there is no relief that he can obtain in this habeas corpus proceeding, the petition will be denied.

CONCLUSION

For the reasons set forth above, the court **DENIES** the petition pursuant to SECTION 2254 HABEAS CORPUS RULE 4 and this case is dismissed without prejudice.(DE 1).

DATED: February 24, 2017         /s/RUDY LOZANO, Judge
                                                  United State District Court